[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEAL

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12499
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 2, 2011
JOHN LEY
CLERK

D.C. Docket No. 9:06-cr-80183-DMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SUPREME SCOTT,
a.k.a. Walter Scott,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

(December 2, 2011)

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges

PER CURIAM:

Steven Kassner, counsel for Supreme Scott in this direct criminal appeal, has

moved to withdraw from further representation of the appellant, because, in his

opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because review of the issues raised by Scott and counsel, as well as an independent review of the record as a whole, reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Scott's convictions and sentences are

**AFFIRMED**.